IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JAMES EDWARD CANDA, | CV 16-00044-GF-BMM-JTJ |
| Plaintiff, | |
| vs. | ORDER |
| CORRECTION CORPORATION OF AMERICA, et al., | |
| Defendants. | |

Pursuant to the Stipulation for Dismissal filed March 19, 2018 and signed by both parties (Doc. 30),

IT IS HEREBY ORDERED that the above-entitled cause of action is hereby DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees. The Clerk of Court is directed to terminate all pending motions.

DATED this 20th day of March, 2018.

Brian Morris
United States District Court Judge